**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Alyssa Dishneau and Kent Noon, Defendants,

Of whom Kent Noon is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-001319

———————————

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-073
Submitted February 15, 2023 – Filed February 27, 2023

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Heather Marie Moore, of Axelrod & Associates, PA, of
Myrtle Beach, for the Guardian ad Litem.

———————

**PER CURIAM:**  Kent Noon appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Noon's counsel.

**AFFIRMED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.